corrections types 2+3

# Gustavo Kinrys TMS Sessions Rendered and TMS Sessions Billed

(June 2015-October 2018)

| | Patient Name | # TMS Sessions Rendered[1] | # TMS Sessions Billed[2] | TMS Sessions Billed with No Corresponding TMS Sessions Rendered: Amount Billed[3] | TMS Sessions Billed with No Corresponding TMS Sessions Rendered: Amount Paid[3] |
|---|---|---|---|---|---|
| 1 | Adriana O Mancini | 0 | 69 | $33,335.00 | $15,240.52 |
| 2 | Albert Sebastian | 0 | 188 | 89,860.00 | 34,538.61 |
| 3 | Alexandra E (Coffin) Birely | 0 | 1 | 475.00 | - |
| 4 | Andrea J Sharby | 0 | 147 | 70,385.00 | 35,360.91 |
| 5 | Anish Parikh | 0 | 65 | 31,435.00 | - |
| 6 | Anita Vicentin | 0 | 223 | 106,485.00 | 44,317.40 |
| 7 | Anthony F Debenedictis | 0 | 143 | 68,485.00 | 19,447.68 |
| 8 | Aruana Terena | 0 | 163 | 77,985.00 | 24,331.28 |
| 9 | Bruno Haddad Silva | 0 | 321 | 153,595.00 | 68,560.97 |
| 10 | Carlos Mckanobb | 0 | 331 | 157,785.00 | 65,918.56 |
| 11 | Carrolann Lachapelle | 0 | 188 | 90,235.00 | 20,593.94 |
| 12 | Catherine E Carey | 0 | 30 | 14,810.00 | - |
| 13 | Christine Lee | 0 | 321 | 153,035.00 | 48,005.13 |
| 14 | Claudejane A Soto | 0 | 49 | 23,835.00 | 11,253.72 |
| 15 | David L Fagone | 0 | 80 | 38,560.00 | 10,214.49 |
| 16 | E W Deharo | 0 | 302 | 144,010.00 | 7,875.74 |
| 17 | Edward Cutter | 0 | 1 | 475.00 | - |
| 18 | Elaine Vivacqua | 0 | 136 | 65,160.00 | 21,824.98 |
| 19 | Fatima Bisi | 0 | 106 | 60,220.00 | 17,230.00 |
| 20 | Francesco Tomassi | 0 | 103 | 49,585.00 | 20,934.22 |
| 21 | Gabriel Kelly | 0 | 61 | 36,660.00 | 18,050.00 |
| 22 | Giovanni M Tomassi | 0 | 5 | 2,560.00 | 1,331.42 |
| 23 | Gisele M Nadeau | 0 | 135 | 65,430.00 | 15,314.92 |
| 24 | Gomes Rorne Dias | 0 | 58 | 28,110.00 | 12,179.65 |
| 25 | Guilherme Cosendey | 0 | 64 | 30,960.00 | 10,100.00 |
| 26 | Irena Cafasso | 0 | 460 | 219,620.00 | 7,687.06 |
| 27 | Izabela G Carvalho | 0 | 17 | 8,635.00 | - |
| 28 | Jenna E Remy | 0 | 75 | 36,185.00 | 12,792.77 |
| 29 | Jennifer A Deland | 0 | 290 | 138,870.00 | 41,124.54 |
| 30 | Joao A Oliveira | 0 | 108 | 52,045.00 | 7,576.96 |
| 31 | Joe Paolillo | 0 | 154 | 73,710.00 | 17,421.29 |
| 32 | John Patrick Santos | 0 | 83 | 39,985.00 | 14,740.00 |
| 33 | Jose Farias | 0 | 63 | 30,110.00 | 12,035.00 |
| 34 | Juliana M Tilleman | 0 | 42 | 20,510.00 | 9,022.02 |
| 35 | Khushboo Rana | 0 | 94 | 45,210.00 | 10,375.00 |
| 36 | Leonard C Montione | 0 | 115 | 55,370.00 | - |
| 37 | Linda Doyle | 0 | 1 | 475.00 | - |
| 38 | Luciana M (Daluz) Machado-Luz | 0 | 4 | 1,900.00 | - |
| 39 | Luisa P De Mello Barret | 0 | 202 | 96,510.00 | 24,005.22 |
| 40 | Luz E Vanorden | 0 | 15 | 7,685.00 | 3,736.27 |
| 41 | Marc Maclaughlan | 0 | 1 | 475.00 | - |
| 42 | Margareth T Deoliveiralima | 0 | 40 | 19,560.00 | - |
| 43 | Maria Cosendey | 0 | 92 | 44,260.00 | 12,150.00 |
| 44 | Maria Rodrigues | 0 | 68 | 32,860.00 | 18,773.46 |
| 45 | Mary Kate Shelley | 0 | 269 | 129,930.00 | 36,195.00 |
| 46 | Matheus A Barros | 0 | 89 | 42,835.00 | 8,137.29 |

EXHIBIT 239.01



USAO-KINRYS-00372252

Ex. A

# Gustavo Kinrys TMS Sessions Rendered and TMS Sessions Billed

(June 2015-October 2018)

| | | | | | |
|---|---|---|---|---|---|
| 47 | Max R Hoguet | 0 | 5 | 2,560.00 | 1,281.87 |
| 48 | Melissa Fair | 0 | 126 | 64,385.00 | 12,565.00 |
| 49 | Mercia Larrabee | 0 | 183 | 88,045.00 | 41,554.85 |
| 50 | Michael G Weiner | 0 | 40 | 19,560.00 | 9,223.91 |
| 51 | Michelle A Sullivan | 0 | 158 | 80,360.00 | 29,159.23 |
| 52 | Mirna Padua | 0 | 29 | 14,335.00 | 9,980.00 |
| 53 | Paul Sarni | 0 | 69 | 33,145.00 | 8,880.00 |
| 54 | Penha Gloria Leake | 0 | 59 | 30,670.00 | 12,780.00 |
| 55 | Pui S Ng | 0 | 100 | 48,060.00 | 8,012.12 |
| 56 | Rebecca A Desimone | 0 | 212 | 101,820.00 | 29,964.30 |
| 57 | Rodrigo Madureira | 0 | 20 | 9,685.00 | 3,170.16 |
| 58 | Rosalino Fraga | 0 | 9 | 2,900.00 | - |
| 59 | Rose Irvin | 0 | 4 | 1,900.00 | - |
| 60 | Rosiris Portilla | 0 | 142 | 67,825.00 | 14,763.13 |
| 61 | Rossonia Viana | 0 | 60 | 29,060.00 | 11,733.46 |
| 62 | Ruth Hagen | 0 | 84 | 40,085.00 | 8,461.45 |
| 63 | Samuel F Gentile | 0 | 81 | 39,035.00 | 3,215.16 |
| 64 | Sandra Trindade | 0 | 322 | 153,510.00 | 64,505.40 |
| 65 | Sergio Mafei Valente | 0 | 221 | 106,095.00 | 43,610.32 |
| 66 | Silvana F Scaramangos | 0 | 90 | 43,310.00 | 19,537.37 |
| 67 | Sulema Eiermann | 0 | 72 | 38,085.00 | 15,992.50 |
| 68 | Sylvia C Segal | 0 | 80 | 38,185.00 | 8,660.64 |
| 69 | Telma Gagnon | 0 | 256 | 122,160.00 | 53,011.67 |
| 70 | Valdir Perera Junior | 0 | 68 | 32,860.00 | 11,125.00 |
| 71 | Vanessa P Bertuol | 0 | 148 | 70,485.00 | 30,834.24 |
| 72 | Wayne D Larrabee | 0 | 80 | 38,560.00 | 18,691.22 |
| 73 | Wellington D C Inacio | 0 | 69 | 32,960.00 | 10,925.00 |
| 74 | William A Reid | 0 | 55 | 26,685.00 | 10,706.38 |
| 75 | Judith Stein | 1 | 1 | - | - |
| 76 | Wendy Greenleaf | 1 | 38 | 18,610.00 | - |
| 77 | Delzanita L Stucke | 2 | 50 | 23,360.00 | 10,912.63 |
| 78 | Linda L Dexter | 2 | 438 | 211,565.00 | 63,274.96 |
| 79 | Amanda R Wood | 3 | 25 | 11,010.00 | - |
| 80 | Miriam Washington | 3 | 231 | 109,610.00 | 50,317.20 |
| 81 | Terence S Murphy | 3 | 3 | - | - |
| 82 | Anita Fusco | 4 | 73 | 33,520.00 | 9,502.23 |
| 83 | Grace A Burke | 4 | 24 | 9,685.00 | 3,993.23 |
| 84 | Jade R Myers | 4 | 64 | 31,435.00 | 10,555.00 |
| 85 | Mirella Fraga Manhaes | 4 | 122 | 56,610.00 | 23,282.41 |
| 86 | Stefan Brown | 4 | 30 | 14,250.00 | - |
| 87 | Caroline E Foley | 5 | 0 | - | - |
| 88 | Jordan J Remy | 5 | 255 | 119,495.00 | 44,229.04 |
| 89 | Cheryl Wallace | 6 | 152 | 70,440.00 | 17,907.61 |
| 90 | James Duffy | 6 | 59 | 25,360.00 | 8,800.00 |
| 91 | Margarita Reyes Guevara | 6 | 159 | 73,420.00 | 30,389.40 |
| 92 | Tee Thach-Hasan | 6 | 45 | 24,210.00 | 9,295.00 |
| 93 | Claire M Clair | 7 | 35 | 13,485.00 | 2,061.78 |
| 94 | Daniel Reis | 7 | 191 | 99,920.00 | 19,500.00 |
| 95 | Philip Posner | 7 | 7 | - | - |
| 96 | Viviane B Dornelas | 7 | 459 | 215,735.00 | 92,731.78 |

# Gustavo Kinrys TMS Sessions Rendered and TMS Sessions Billed

(June 2015-October 2018)

| | | | | | |
|---|---|---|---|---|---|
| 97 | Marcel V Quiroga | 8 | 51 | 20,985.00 | - |
| 98 | Margaret Dunbar | 9 | 9 | 475.00 | - |
| 99 | Debralee A Dauber | 10 | 46 | 17,660.00 | 5,366.38 |
| 100 | Elvira Landestoy | 10 | 207 | 94,135.00 | 5,452.48 |
| 101 | Helida R Johnson | 10 | 49 | 19,270.00 | 9,457.16 |
| 102 | Jessika Alves | 10 | 255 | 119,005.00 | 53,304.52 |
| 103 | Mary A Gittleson | 10 | 49 | 19,085.00 | 8,120.95 |
| 104 | Patrick Brennan | 10 | 58 | 22,985.00 | 11,116.03 |
| 105 | Yara Crespo | 10 | 98 | 42,360.00 | 10,450.00 |
| 106 | Alexander Eykman | 11 | 7 | 1,425.00 | 325.00 |
| 107 | Jacob Hangen | 12 | 77 | 31,435.00 | 11,204.00 |
| 108 | Bretta Walker | 13 | 131 | 57,085.00 | 26,800.21 |
| 109 | Isabel Schwarz | 13 | 81 | 32,485.00 | - |
| 110 | Doralice M Klopf | 14 | 70 | 27,160.00 | 11,304.00 |
| 111 | Rheanna Lawton | 14 | 5 | 1,425.00 | - |
| 112 | David Salama | 15 | 71 | 27,735.00 | - |
| 113 | Charles Bevelander | 16 | 35 | 11,960.00 | 2,457.62 |
| 114 | Laurence A Conway Jr | 16 | 70 | 26,210.00 | 12,424.17 |
| 115 | Robert L Weaver | 16 | 54 | 19,475.00 | - |
| 116 | Ariann B Kanakis | 17 | 66 | 23,460.00 | 9,984.41 |
| 117 | Ricardo E Andre | 17 | 64 | 24,785.00 | 8,666.59 |
| 118 | Valdete B Lima | 17 | 89 | 35,235.00 | 16,589.29 |
| 119 | Nora I Gonzalez | 18 | 92 | 36,560.00 | 14,982.41 |
| 120 | Irani De Oliveira Rodriguez | 19 | 74 | 32,385.00 | 9,020.00 |
| 121 | Lawrence Haas | 20 | 44 | 12,435.00 | 5,286.15 |
| 122 | Robin Axelrad | 22 | 83 | 35,235.00 | 8,625.00 |
| 123 | Janice Bornstein | 23 | 54 | 17,285.00 | - |
| 124 | Elaine C Sousa | 24 | 487 | 227,200.00 | 74,644.94 |
| 125 | John Cornelius | 24 | 108 | 40,460.00 | 7,000.00 |
| 126 | Stephen Yanoff | 24 | 64 | 19,185.00 | 4,137.27 |
| 127 | Michael Major | 25 | 144 | 56,710.00 | 27,574.64 |
| 128 | Tori Finn | 25 | 93 | 33,810.00 | 8,092.01 |
| 129 | Roberta Elbaum | 26 | 126 | 48,535.00 | 7,298.56 |
| 130 | Catherine Morley | 27 | 83 | 27,635.00 | 8,828.33 |
| 131 | June F Bisson | 27 | 168 | 68,010.00 | 23,892.03 |
| 132 | Justin Dowd | 27 | 93 | 41,510.00 | 11,075.00 |
| 133 | Maria A Guedes | 27 | 326 | 142,875.00 | 47,617.78 |
| 134 | Michael Lunder | 27 | 90 | 29,925.00 | 690.29 |
| 135 | Meghan Smith | 28 | 94 | 31,825.00 | 30,385.00 |
| 136 | Mirna M Festi | 28 | 115 | 45,685.00 | 3,369.71 |
| 137 | Natalya Kabanovsky | 28 | 51 | 11,110.00 | 3,522.02 |
| 138 | Peter D Merloni | 28 | 130 | 48,635.00 | 12,943.11 |
| 139 | Alex Quiroga | 29 | 95 | 32,485.00 | - |
| 140 | Andrea Swanson | 29 | 63 | 19,085.00 | 6,445.00 |
| 141 | Beatriz Quiroga | 29 | 94 | 32,010.00 | - |
| 142 | Stephanie Cosgrove | 29 | 146 | 56,135.00 | 19,864.72 |
| 143 | Michelle Rodriguez | 30 | 139 | 58,985.00 | 10,920.00 |
| 144 | Stephanie Crabtree | 30 | 116 | 41,035.00 | - |
| 145 | Bruce Roberts | 31 | 45 | 13,960.00 | 12,205.06 |
| 146 | Eliana Jarvis | 31 | 63 | 20,135.00 | 6,125.00 |





Ex. A

# Gustavo Kinrys TMS Sessions Rendered and TMS Sessions Billed

(June 2015-October 2018)

| | | | | | |
|---|---|---|---|---|---|
| 147 | Beth Person | 32 | 58 | 17,185.00 | 6,840.00 |
| 148 | Peter Phaneuf | 32 | 65 | 15,860.00 | 5,823.75 |
| 149 | Samantha H Jabbour | 32 | 103 | 35,235.00 | 7,587.29 |
| 150 | Eliza Jacob-Dolan | 34 | 100 | 40,560.00 | 8,140.00 |
| 151 | Scott Spiegler | 34 | 69 | 19,660.00 | - |
| 152 | Valeria Petry | 34 | 73 | 25,735.00 | 7,496.19 |
| 153 | Cheryl Greene | 35 | 102 | 32,385.00 | 7,848.84 |
| 154 | Courtney Mulligan | 35 | 39 | 14,435.00 | 1,950.00 |
| 155 | Edith P Tower | 35 | 81 | 22,035.00 | - |
| 156 | Ross Trachtenberg | 35 | 90 | 27,060.00 | 23,290.00 |
| 157 | Massoud Farahbakhsh | 36 | 119 | 40,460.00 | 10,634.41 |
| 158 | Peter Aquino | 36 | 70 | 33,910.00 | 5,695.00 |
| 159 | Sarah Schmid | 36 | 32 | 1,425.00 | - |
| 160 | Alexa D Mullin | 37 | 344 | 153,765.00 | 72,025.34 |
| 161 | Bonnie Cutler | 37 | 45 | 10,060.00 | 9,018.58 |
| 162 | Kevin J Washicosky | 37 | 146 | 52,995.00 | 26,220.92 |
| 163 | Mary Murphy | 37 | 72 | 16,625.00 | - |
| 164 | Stephen Landy | 37 | 76 | 19,085.00 | 5,313.14 |
| 165 | Angela Bello | 38 | 62 | 22,035.00 | 7,475.00 |
| 166 | Tracey Giorgio | 38 | 65 | 18,710.00 | 4,800.00 |
| 167 | Danica G Cucchi | 39 | 79 | 19,660.00 | 6,011.23 |
| 168 | Laurie Dansereau | 39 | 59 | 16,625.00 | - |
| 169 | Lusmarilda Ribeiro | 39 | 185 | 71,520.00 | 38,197.44 |
| 170 | Mark G Worster | 40 | 207 | 82,445.00 | 37,568.15 |
| 171 | Livia Celmaster | 41 | 102 | 29,720.00 | 11,335.00 |
| 172 | Benjamin T Santoro Jr | 42 | 192 | 71,620.00 | 18,993.54 |
| 173 | Thomas Stansbury | 42 | 60 | 14,710.00 | 5,750.00 |
| 174 | Eliot Deharo | 43 | 303 | 125,010.00 | 33,633.09 |
| 175 | Gail Zimmerman | 43 | 45 | 11,875.00 | - |
| 176 | Douglas Smith | 44 | 68 | 24,410.00 | - |
| 177 | Sylvia Leach | 44 | 26 | 1,900.00 | - |
| 178 | Patrick Nolan | 45 | 46 | 13,385.00 | - |
| 179 | Judith Sartori | 46 | 98 | 24,885.00 | 6,625.50 |
| 180 | Patricia Cleary | 46 | 157 | 58,480.00 | 19,046.60 |
| 181 | Leslie Nye | 47 | 149 | 48,925.00 | 23,077.69 |
| 182 | Matthew M Burns | 47 | 191 | 69,060.00 | 31,701.60 |
| 183 | Ingrid Deharo | 48 | 346 | 142,110.00 | 44,924.60 |
| 184 | Rebecca Connelly | 48 | 221 | 90,120.00 | 26,350.00 |
| 185 | Andrea Slavin | 49 | 74 | 17,185.00 | 1,809.30 |
| 186 | Diane Moreau | 49 | 134 | 40,560.00 | 9,110.55 |
| 187 | Rosane Marino | 49 | 337 | 144,180.00 | 53,533.64 |
| 188 | Alaric Naiman | 50 | 151 | 48,160.00 | 22,220.00 |
| 189 | Barbara L Carson | 50 | 158 | 51,485.00 | 18,143.81 |
| 190 | Silvia Johnson | 50 | 63 | 26,210.00 | 10,080.00 |
| 191 | Samuel Frontero | 51 | 32 | 3,510.00 | 2,025.00 |
| 192 | Daniel R Moore | 55 | 148 | 46,060.00 | 19,420.60 |
| 193 | David Hubbell | 56 | 75 | 17,760.00 | 4,646.59 |
| 194 | Anamaria Franco | 58 | 272 | 102,210.00 | 42,096.72 |
| 195 | Ellen Silver | 60 | 115 | 13,200 28,210.00 | 4,250.00 8950 |
| 196 | Erin O'Grady | 61 | 87 | 13,420 19,660.00 | 2,061.78 11,359 |

# Gustavo Kinrys TMS Sessions Rendered and TMS Sessions Billed

(June 2015-October 2018)

| | | | | | |
|---|---|---|---|---|---|
| 197 | John Malatesta | 62 | 61 | 9,500.00 | - |
| 198 | Eileen F Adair | 65 | 132 | 43,970.00 | 6,300.00 |
| 199 | Susan Richardson | 67 | 120 | 30,400.00 | 15,261.40 |
| 200 | Nicholas Diciaccio | 70 | 56 | 6,175.00 | - |
| 201 | Heather Josephson | 72 | 247 | 83,685.00 | 28,042.97 |
| 202 | Pamela Sullivan | 72 | 51 | 8,075.00 | 6,653.33 |
| 203 | Maria Raykin | 79 | 147 | 32,485.00 | 15,924.83 |
| 204 | June Blumenthal | 83 | 58 | 13,775.00 | - |
| 205 | Joyce F Roche | 88 | 382 | 140,210.00 | 34,752.25 |
| 206 | Asuncion Sedo | 89 | 252 | 91,760.00 | 32,134.01 |
| 207 | Christine Heroux | 94 | 102 | 22,035.00 | 140.78 |
| 208 | Scott Davis | 99 | 189 | 46,635.00 | 28,218.00 |
| 209 | Manuel Sedo | 101 | 242 | 81,785.00 | 23,763.67 |
| 210 | Terezinha Almeida | 114 | 376 | 127,840.00 | 32,402.56 |
| 211 | Anne Coursey | 130 | 302 | 93,285.00 | 23,328.41 |
| 212 | Thomas L Mcgrath | 138 | 460 | 165,200.00 | 64,571.47 |
| 213 | Janice M Zabolotny | 142 | 313 | 94,980.00 | 41,794.96 |
| 214 | Gretchen C Sullivan | 169 | 495 | 160,570.00 | 46,669.76 |
| 215 | Michelle Ashin | 330 | 520 | 97,555.00 | 37,227.79 |
| | **Grand Total[4]** | **5,302** | **26,293** | **$10,615,720.00** | **$3,355,016.59** |

**Footnotes**

[1]TMS sessions rendered derived from the Neuronetics data (Exhibit 6 - USAO-KINRYS-00245527), adjusted from Coordinated Universal Time (UTC) to Eastern Standard Time (EST) or Eastern Daylight Time (EDT) as applicable. The Neuronetics data has 5,587 sessions. The difference of 285 sessions to the 5,302 shown above includes sessions for 9 individuals who do not appear in the insurance claims data used in the analysis and 31 sessions for individuals included above where there were two smaller partial sessions in one day. These two partial sessions in one day were counted as one overall session.

[2]TMS Sessions billed derived from the Medicare claims data (Exhibit 65 - USAO-KINRYS-00252586), Aetna claims data (Exhibit 68 - USAO-KINRYS-00249357 and Exhibit 69 - USAO-KINRYS-00249358), Beacon claims data (Exhibit 70 - USAO-KINRYS-00249384), Blue Cross Blue Shield claims data (Exhibit 72 - USAO-KINRYS-00249722), Optum claims data (Exhibit 71 - USAO-KINRYS-00252737), and Tufts claims data (Exhibit 67 - USAO-KINRYS-00252804).

[3]Calculated by comparing insurance claims data and Neuronetics data to identify claims with no corresponding TMS session and calculating the sum of the billed and paid amounts for those claims.

[4]The total TMS sessions billed based on the insurance data identified in note 2 is 26,293. Of the 26,293 TMS sessions billed, there were payments by the companies on 17,170 sessions totaling $4,014,177.90.





Ex. A