# Neuronetics, Inc.
## Sales by Customer Detail
### Dr. Gustavo Kinrys- Boston Center for Clinical Research

| Customer:Job | Transaction Type | Date | Document Number | Memo | Quantity | Total Revenue |
|---|---|---|---|---|---|---|
| 21062 Boston Center for Clinical Research, LLC | | | | | | |
| | Invoice | 6/2/15 | IN021687 | NeuroStar Treatment Session | 100 | $9,800.00 |
| | Invoice | 6/2/15 | IN021692 | NeuroStar® TMS System 2.0 | | $76,650.00 |
| | Invoice | 6/2/15 | IN021692 | Discount to NeuroStar TMS Therapy System | | ($6,650.00) |
| | Cash Sale | 8/14/15 | 11004 | NeuroStar Treatment Session | 30 | $2,940.00 |
| | Cash Sale | 8/26/15 | 11120 | NeuroStar Treatment Session | 12 | $1,176.00 |
| | Cash Sale | 8/27/15 | 11136 | NeuroStar Treatment Session | 100 | $9,800.00 |
| | Cash Sale | 10/2/15 | 11572 | NeuroStar Treatment Session | 100 | $8,500.00 |
| | Cash Sale | 11/4/15 | 12033 | NeuroStar Treatment Session | 100 | $8,500.00 |
| | Cash Sale | 11/30/15 | 12363 | NeuroStar Treatment Session | 79 | $6,715.00 |
| | Cash Sale | 11/30/15 | 12367 | NeuroStar Treatment Session | 21 | $1,785.00 |
| | Cash Sale | 12/21/15 | 12690 | NeuroStar Treatment Session | 100 | $8,500.00 |
| | Cash Sale | 1/15/16 | 12949 | NeuroStar Treatment Session | 100 | $8,250.00 |
| | Cash Sale | 2/1/16 | 13172 | NeuroStar® Side Head Pads, 3 units | | $27.00 |
| | Cash Sale | 2/1/16 | 13172 | Cover, Chair Foot Rest | | $60.00 |
| | Cash Sale | 2/12/16 | 13374 | NeuroStar Treatment Session | 100 | $8,250.00 |
| | Cash Sale | 3/7/16 | 13752 | NeuroStar Treatment Session | 100 | $8,250.00 |
| | Cash Sale | 3/31/16 | 14179 | NeuroStar Treatment Session | 100 | $8,250.00 |
| | Cash Sale | 4/20/16 | 14504 | NeuroStar Treatment Session | 100 | $8,250.00 |
| | Cash Sale | 5/5/16 | 14751 | NeuroStar Treatment Session | 100 | $8,250.00 |
| | Cash Sale | 6/2/16 | 15220 | NeuroStar Treatment Session | 100 | $8,250.00 |
| | Cash Sale | 6/23/16 | 15558 | NeuroStar Treatment Session | 101 | $8,332.50 |
| | Cash Sale | 7/19/16 | 15929 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 8/10/16 | 16308 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 8/30/16 | 16657 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 9/27/16 | 17131 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 10/20/16 | 17584 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 11/11/16 | 18021 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 12/7/16 | 18487 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 12/27/16 | 18853 | NeuroStar Treatment Session | 101 | $8,080.00 |
| | Cash Sale | 1/16/17 | 19159 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 2/2/17 | 19475 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 2/16/17 | 19701 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 3/6/17 | 20030 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 3/20/17 | 20283 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 3/30/17 | 20516 | Cover, Chair Foot Rest | | $60.00 |
| | Cash Sale | 4/3/17 | 20582 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 4/20/17 | 20960 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 5/11/17 | 21405 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 6/1/17 | 21844 | NeuroStar® TMS Therapy System Service Agreement UNIT 1122 - K1925 - 03JUN2017 - 02JUN2018 | | $4,900.00 |
| | Cash Sale | 6/1/17 | 21861 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 6/21/17 | 22279 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 7/17/17 | 22749 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 8/7/17 | 23142 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 9/5/17 | 23726 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 10/4/17 | 24351 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 10/30/17 | 24899 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 11/20/17 | 25404 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 12/8/17 | 25834 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 12/27/17 | 26276 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 1/17/18 | 26652 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 1/24/18 | 26783 | Spare Part for NeuroStar 1122: Treatment Chair Cushion | | $886.66 |
| | Cash Sale | 2/7/18 | 27069 | NeuroStar® Side Head Pads, 3 units | | $27.00 |
| | Cash Sale | 2/7/18 | 27069 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 2/23/18 | 27446 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Refund | 2/27/18 | 73 | Spare Part for NeuroStar 1122: Treatment Chair Cushion | | ($886.66) |
| | Invoice | 2/28/18 | IN044732 | NeuroStar® TMS System 3.0 | | $86,650.00 |
| | Invoice | 2/28/18 | IN044732 | Discount to NeuroStar TMS Therapy System | | ($7,650.00) |
| | Invoice | 2/28/18 | IN044736 | NeuroStar Treatment Session | 300 | $24,000.00 |
| | Cash Sale | 4/25/18 | 28938 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 5/7/18 | 29275 | NeuroStar Treatment Session | 100 | $8,000.00 |
| | Cash Sale | 5/16/18 | 29539 | NeuroStar Treatment Session | 200 | $16,000.00 |
| | Cash Sale | 6/1/18 | 29977 | NeuroStar® TMS Therapy System Service Agreement UNIT 1122 - K2364 - 3JUN2018 - 02JUN2019 | | $4,900.00 |
| | Cash Sale | 6/11/18 | 30213 | NeuroStar Treatment Session | 50 | $4,000.00 |
| | Cash Sale | 6/18/18 | 30408 | NeuroStar Treatment Session | 100 | $7,500.00 |
| | Cash Sale | 7/3/18 | 30798 | NeuroStar Treatment Session | 100 | $7,500.00 |
| | Cash Sale | 7/19/18 | 31261 | NeuroStar Treatment Session | 100 | $7,500.00 |
| | Cash Sale | 8/7/18 | 31762 | NeuroStar Treatment Session | 100 | $7,500.00 |
| | Cash Sale | 9/4/18 | 32515 | NeuroStar Treatment Session | 100 | $7,500.00 |
| | Cash Sale | 10/31/18 | 34256 | NeuroStar Treatment Session | 100 | $7,500.00 |
| | Cash Sale | 11/28/18 | 35006 | NeuroStar Treatment Session | 100 | $7,500.00 |
| Total - 21062 Boston Center for Clinical Research, LLC | | | | | | $627,352.50 |
| Total | | | | | | $627,352.50 |