# EXHIBIT A

(Listing of Kinrys jewelry purchases from 2016-2019)

**Gustavo Kinrys**
**Jewelry Purchases - 2015-2020**

| Bank | Acct Holder | Account | | Posted | Amount | Std Payee/Payor |
|---|---|---|---|---|---|---|
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 2/12/2016 | 4,515.63 | Van Cleef & Arpels |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 5/21/2016 | 6,693.75 | Cartier |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 6/16/2016 | 21,400.00 | Truefacet |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 8/18/2016 | 7,155.00 | Van Cleef & Arpels |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 10/19/2016 | 12,950.00 | Truefacet |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 10/29/2016 | 15,512.50 | Cartier |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 11/19/2016 | 19,270.88 | Cartier |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 11/20/2016 | 44,495.00 | Truefacet |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 1/26/2017 | 38,200.00 | Truefacet |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 5/20/2017 | 16,787.50 | Tiffany & Co |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 12/14/2017 | 44,943.75 | Van Cleef & Arpels |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 2/3/2018 | 2,443.75 | Tiffany & Co |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9533 | 4/4/2018 | 27,306.25 | Van Cleef & Arpels |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9538 | 8/29/2018 | 42,606.25 | Cartier |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9538 | 11/27/2018 | 27,200.00 | Van Cleef & Arpels |
| Bank of America | Gustavo Kinrys | 1427 | | 1/11/2019 | 95,500.00 | Truefacet |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9538 | 1/16/2019 | 66,937.50 | Van Cleef & Arpels |
| Bank of America | Gustavo Kinrys | 1427 | | 1/22/2019 | 78,000.00 | Truefacet |
| Bank of America | Gustavo Kinrys | 1427 | | 2/1/2019 | 13,440.00 | Truefacet |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9538 | 4/29/2019 | 45,772.50 | Van Cleef & Arpels |
| JP Morgan Chase Bank | Gustavo Kinrys | | 9538 | 5/2/2019 | 1,742.50 | Van Cleef & Arpels |
| **Total** | | | | | **600,263.38** | |