# KINRY'S Billing Reflecting More Than 12 Patients Billed Daily

Government documents 247-1 was analyzed for pages 1, 8 and 16 to determine allowable amounts and the corresponding percentage based on the defendants position of allowing 18 patients seen over a 12 hour day. The previous amount allowed was 12 patients daily.

To determine the allowance for six additional patients being paid, in addition to the 12 already patients allowed, it is necessary to determine the amount paid for one patient paid over 12 hours on a daily basis. This is determined by dividing the total amount shown as "Amount Paid" in the over 12 billings by the number of patients seen that day that is over 12. In the case of 15 patients being seen, the amount divided into the total patients paid amount would be three. If the patients billed were 20 on that day, the amount divided into patient's paid would be 8. This results in the daily amount paid each patient for that day based on over 12 hours. For any days where the total patient's seen daily is over 12, the daily average amount determined from this calculation is multiplied by 6 to arrive at the total billed over 12 patient's that day to 18 patients. If the patients seen is 18 or under the average paid amount is multiplied by the amount which would result in 18 patients billed. If 15 patients were seen, the average paid amount would be multiplied by three. If 18 patients were seen, the average paid amount would be multiplied by 6 to arrive at the 18 patient's total. All new total amounts paid for 18 patients resulting from this computation are added for the entire number of patients shown on the government document page listed to arrive at a grand total.

Similarly, all amounts shown in the government patient's paid for over 12 patients in added to arrive at a grand total. This total is then

compared to the new total for 18 patients previously discussed and a percentage amount is arrived to compare the two numbers.

The result for pages 1 of 18 was that the new figure for the defendant for 18 patients paid was 72% or the government total.

The result for page 8 was the new figure for the defendant was 54% of the government total.

The result for page 16 was that the defendant's new figure was 19.5% of the government's total.

Page 1

| Number | Amt Per Session for 1 person x 6 (over 12 sessions) | New Amt | Shown |
|---|---|---|---|
| 1 | 138 x 6 | = 828 ✓ | 832 ✓ — |
| 2 | 156/~~184~~ x 6 | = 936 ✓ | 1096 ✓ — |
| 3 | 166 x 2 | = 332 ✓ | 332 ✓ — |
| 4 | 151 x 5 | = 755 ✓ | 755 ✓ — |
| 5 | 154 x 6 | = 924 ✓ | 1854 ✓ — |
| 6 | 175 x 6 | =1050 ✓ | 1050 ✓ — |
| 7 | 180 x 6 | 1080 ✓ | ~~3~~ 1631 ✓ — |
| 8 | 184 x 6 | 984 ✓ | 984 ~~982~~ ✓ — |
| 9 | 163 x 1 | 163 ✓ | 163 ✓ — |
| 10 | 187 x 5 | 935 ✓ | 936 ✓ — |
| 11 | 210 x 2 | 420 ✓ | 421 ✓ — |
| 12 | 160 x 6 | 960 ✓ | 964 ✓ — |
| 13 | 188 x 6 | ~~####~~ 1128 ✓ | 2447 ✓ — |
| 14 | 171 x 6 | 1026 ✓ | 1710 ✓ — |
| 15 | 175 x 2 | 350 ✓ | 350 ✓ — |
| 16 | 179 x 6 | 1074 ✓ | 2687 ✓ — |
| 17 | 169 x 6 | 1014 ✓ | 1525 ✓ — |
| 18 | 171 x 4 | 684 ✓ | 687 ✓ — |
| 19 | 178 x 6 | 1068 ✓ | ~~####~~ 2326 ✓ — |
| 20 | 145 x 6 | 870 ✓ | 1015 ✓ — |
| 21 | 160 x 3 | 480 ✓ | 482 ✓ — |
| 22 | 168 x 6 | 1008 ✓ | 2024 ✓ — |
| 23 | 186 x 6 | 1116 ✓ | 1117 ✓ — |
| 24 | 169 x 4 | 676 ✓ | 677 ✓ — |
| 25 | 194 x 3 | 582 ✓ | 583 ✓ — |
| | | 20453 | 28664 |

Page 1                               shown

                                     1938 ✓ —
26  215×6      1290 ✓                1173 ✓ —
27  173×1       173 ✓                 637 ✓ —
28  159×4       636 ✓                1067 ✓ —
29  191×4       764 ✓                2468 ✓ —
30  171×6      1026 ✓                 636 ✓ —
31  159×4       636 ✓                 207 ✓ —
32  207×1       207 ✓                1935 ✓ —
33  193×6      1158 ✓                 801 ✓ —
34  200×4       800 ✓                1582 ✓ —
35  158×6       948 ✓                 897 ✓ —
36  224×4       896 ✓                 641 ✓ —
37  160×4       640 ✓                 952 ✓ —
38  190×5       950 ✓                 864 ✓ —
39  144×6       864 ✓                1506 ✓ —
40  167×6      1002 ✓                 244 ✓ —
41  122×2       244 ✓                1872 ✓ —
42  208×6      1248 ✓                1394 ✓ —
43  174×6      1044 ✓                 303 ✓ —
44  151×2       302

       Total  #35,281              #48,459

                         72%

Page 8

| Number | Amount per session for 1 person | New Amt | Shown amt |
|---|---|---|---|
| 309 | 211 × 5 | 1055 | 1055 |
| 310 | 181 × 6 | 1086 | 3093 |
| 311 | 212 × 6 | 1272 | 1488 |
| 312 | 201 × 5 | 1005 | 1006 |
| 313 | 180 × 6 | 1080 | 2878 |
| 314 | 214 × 6 | 1272 | 1500 |
| 315 | 190 × 6 | 1140 | 3042 |
| 316 | 184 × 6 | 1104 | 1108 |
| 317 | 192 × 5 | 960 | 962 |
| 318 | 190 × 6 | 1140 | 2856 |
| 319 | 226 × 2 | 452 | 452 |
| 320 | 187 × 6 | 1125 | 1125 |
| 321 | 201 × 6 | 1209 | 1209 |
| 322 | 206 × 6 | 1237 | 1237 |
| 323 | 210 × 6 | 1261 | 3995 |
| 324 | 204 × 3 | 612 | 612 |
| 325 | 193 × 6 | 1159 | 1933 |
| 326 | 209 × 6 | 1258 | 1468 |
| 327 | 221 × 6 | 1331 | 1553 |
| 328 | 209 × 6 | 1259 | 4197 |
| 329 | 194 × 6 | 1168 | 2922 |
| 330 | 186 × 6 | 1116 | 2606 |
| | | 24301 | 42297 |

# Page 8

| Number | Cost per season 1 person | New Amt | Shearer Cost |
|---|---|---|---|
| 331 | 211 x 6 | 1271' | 1271' |
| 332 | 232 x 5 | 1161' | 1161' |
| 333 | 180 x 5 | 904' | 2352' |
| 334 | 217 x 6 | 1302' | 3908' |
| 335 | 188 x 6 | 1130' | 3581' |
| 336 | 245 x 6 | 1474' | 2211' |
| 337 | 230 x 4 | 923' | 923' |
| 338 | 166 x 3 | 498' | 498' |
| 339 | 198 x 6 | 1193' | 4376' |
| 340 | 209 x 6 | 1256' | 2931' |
| 341 | 225 x 6 | 1351' | 1577' |
| 342 | 217 x 6 | 1305' | 3047' |
| 343 | 184 x 6 | 1104' | 2393' |
| 344 | 210 x 6 | 1263' | 2949' |
| 345 | 196 x 6 | 1180' | 1968' |
| 346 | 229 x 6 | 1376' | 1606' |
| 347 | 218 x 6 | 1310' | 1747' |
| 348 | 168 x 6 | 1013' | 2702' |
| 349 | 201 x 6 | 1206' | 3217' |
| 350 | 196 x 6 | 1178' | 2356' |
| 351 | 219 x 6 | 1317' | 1756' |
| 352 | 223 x 6 | 1339 | 2455 |
|  |  | 26054 | 50,983 |
|  |  | 24301 | 42,297 |
|  | Total | $50,355 | $93,282 = 54% |

# Page 16

| Number | Amt per sawin 1 Person | New Amt | Shown Amt |
|---|---|---|---|
| 661 | 49 × 6 | 294 | 2010 |
| 662 | 78 × 6 | 467 | 3352 |
| 663 | 101 × 6 | 608 | 2837 |
| 664 | 33 × 6 | 196 | 458 |
| 665 | 59 × 6 | 359 | 1915 |
| 666 | 53 × 6 | 318 | 2120 |
| 667 | 76 × 6 | 458 | 3440 |
| 668 | 95 × 6 | 567 | 2554 |
| 669 | 49 × 6 | 294 | 776 |
| 670 | 58 × 6 | 350 | 1925 |
| 671 | 50 × 6 | 300 | 2039 |
| 672 | 81 × 6 | 484 | 3711 |
| 673 | 96 × 6 | 577 | 2696 |
| 674 | 47 × 6 | 284 | 806 |
| 675 | 58 × 6 | 350 | 1925 |
| 676 | 27 × 6 | 160 | 1100 |
| 677 | 59 × 6 | 354 | 2478 |
| 678 | 79 × 6 | 477 | 2227 |
| 679 | 38 × 6 | 228 | 763 |
| 680 | 37 × 6 | 223 | 1229 |
| 681 | 43 × 6 | 262 | 1705 |
| 682 | 60 × 6 | 360 | 2803 |
| 683 | 78 × 6 | 466 | 2254 |
|  |  | 8436 | 47122 |

Page 6

| Number | Amt per person 1 Person | New Amt | Shown Amt |
|---|---|---|---|
| 684 | 37 X 6 | 222° | 629° |
| 685 | 44 X 6 | 263° | 1362° |
| 686 | 35 X 6 | 213° | 1207° |
| 687 | 57 X 6 | 342° | 2222° |
| 688 | 83 X 6 | 501° | 2590° |
| 689 | 28 X 6 | 170° | 1704° |
| 690 | 42 X 6 | 254° | 1527° |
| 691 | 41 X 6 | 246° | 1967° |
| 692 | 70 X 6 | 420° | 2031° |
| 693 | 21 X 6 | 128° | 362° |
| 694 | 44 X 6 | 264° | 1363° |
| 695 | 28 X 6 | 169° | 366° |
| 696 | 66 X 5 | 332° | 332° |
| 697 | 73 X 2 | 146° | 146° |
| 698 | 28 X 6 | 165° | 330° |
| 699 | 43 X 6 | 260° | 260° |
| 700 | 55 X 3 | 165° | 165° |
| 701 | 42 X 6 | 251° | 628° |
| 702 | 36 X 5 | 182° | 183° |
| 703 | — | — | |
| 704 | 46 X 4 | 185 | 185 |
| | | 4568 | 18558 |
| | | 8436 | 47122 |
| Total | $ | 13004 | $64,680 |

19.5 %