# Exhibit D

## Amounts Paid for Services Not Rendered by Gustavo Kinrys by Insurer

| Payor | TMS | E/M & Psychotherapy | | | Legal Fees and Expenses | Total |
|---|---|---|---|---|---|---|
| | TMS No Session Rendered | Kinrys Out of US | Patients Out of US[1] | Excess Billings[2] | | |
| Medicare | $ 632,271.76 | $ 18,935.43 | $  - | $ 320,757.22 | - | **$ 971,964.41** |
| BCBS | 1,534,382.23 | 87,204.01 | 7,314.25 | 1,344,932.64 | 9,867.96 | **$ 2,983,701.09** |
| Tufts | 579,776.94 | 22,841.04 | 6,360.01 | 477,298.17 | | **$ 1,086,276.16** |
| Optum | 472,952.03 | 22,261.17 | 361.50 | 374,515.93 | | **$ 870,090.63** |
| Aetna | 61,018.62 | 17,834.68 | 9,615.00 | 304,444.61 | | **$ 392,912.91** |
| Beacon | 74,615.01 | 5,459.74 | - | 158,183.70 | 42,202.10 | **$ 280,460.55** |
| **Total** | **$3,355,016.59** | **$174,536.07** | **$23,650.76** | **$ 2,980,132.27** | **$ 52,070.06** | **$6,585,405.75** |

**Footnotes**

[1] Does not include amounts paid when Kinrys is out of the US as those amounts are already included in the Kinrys out of the US amounts paid.

[2] Does not include amounts paid when Kinrys or the patient are out of the US as those amounts are already included in previous categories.