IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

       v.                Case 1:20-cr- 10307 DJC

GUSTAVO KINRYS,
       Defendant.

LIST OF SUPPLEMENTAL EXHIBITS

1. Abstract of article by M. T. Berlim, F. van den Eynde, et al. March 2018 Psychol Med., "Response, remission and drop-out rates following high-frequency repetitive transcranial magnetic stimulation (rTMS) for treating major depression: a systematic review and meta-analysis of randomized, double-blind and sham-controlled trials".

2. Article by Bradley N. Gaynes, MD, MPH; Stacey W. Lloyd, MPH, et al., Journal of Clinical Psychiatry, May 15, 2014, Repetitive Transcranial Magnetic Stimulation for Treatment-Resistant Depression: A Systematic Review and Meta-Analysis.

Dated: June 5, 2024

Respectfully Submitted,
Gustavo Kinrys, defendant,
By his counsel,
/s/Kevin L. Barron
Kevin L. Barron, Esq.
P.O. Box 290533
Charlestown, MA 02129
(617) 407-6837

CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this exhibit list to be served today on counsel for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

/s/Kevin L. Barron
Kevin L. Barron, Esq.