# Exhibit A

# Amounts Paid for Services Not Rendered by Gustavo Kinrys by Insurer

| Payor | TMS | E/M & Psychotherapy | | | Total |
|---|---|---|---|---|---|
| | TMS No Session Rendered | Kinrys Out of US | Patients Out of US[1] | Excess Billings[2] | |
| Medicare | $ 632,271.76 | $ 18,935.43 | $ - | 320,117.40 | **$ 971,324.59** |
| BCBS | 1,534,382.23 | 87,204.01 | 7,314.25 | 1,342,249.89 | **$ 2,971,150.38** |
| Tufts | 579,776.94 | 22,841.04 | 6,360.01 | 476,346.10 | **$ 1,085,324.09** |
| Optum | 472,952.03 | 22,261.17 | 361.50 | 373,768.88 | **$ 869,343.58** |
| Aetna | 61,018.62 | 17,834.68 | 9,615.00 | 303,837.33 | **$ 392,305.63** |
| Beacon | 74,615.01 | 5,459.74 | - | 157,868.17 | **$ 237,942.92** |
| **Total** | **$3,355,016.59** | **$174,536.07** | **$23,650.76** | **$ 2,974,187.77** | **$6,527,391.19** |

**Footnotes**

[1] Does not include amounts paid when Kinrys is out of the US as those amounts are already included in the Kinrys out of the US amounts paid.

[2] Does not include amounts paid when Kinrys or the patient are out of the US as those amounts are already included in previous categories.