# Exhibit B

## Amounts Paid for Services Not Rendered by Gustavo Kinrys by Insurer Plus Restitution-Eligible Legal Expenses

| Payor | TMS | E/M & Psychotherapy | | | | |
|---|---|---|---|---|---|---|
| | TMS No Session Rendered | Kinrys Out of US | Patients Out of US[1] | Excess Billings[2] | Legal Fees and Expenses | Total |
| Medicare | $ 632,271.76 | $ 18,935.43 | $ - | 320,117.40 | - | $ 971,324.59 |
| BCBS | 1,534,382.23 | 87,204.01 | 7,314.25 | 1,342,249.89 | 2,067.00 | $ 2,973,217.38 |
| Tufts | 579,776.94 | 22,841.04 | 6,360.01 | 476,346.10 | | $ 1,085,324.09 |
| Optum | 472,952.03 | 22,261.17 | 361.50 | 373,768.88 | | $ 869,343.58 |
| Aetna | 61,018.62 | 17,834.68 | 9,615.00 | 303,837.33 | | $ 392,305.63 |
| Beacon | 74,615.01 | 5,459.74 | - | 157,868.17 | 7,851.40 | $ 245,794.32 |
| Total | $3,355,016.59 | $174,536.07 | $23,650.76 | $ 2,974,187.77 | $ 9,918.40 | $6,537,309.59 |

**Footnotes**

[1] Does not include amounts paid when Kinrys is out of the US as those amounts are already included in the Kinrys out of the US amounts paid.

[2] Does not include amounts paid when Kinrys or the patient are out of the US as those amounts are already included in previous categories.